UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------

ROBERT G. LOPEZ, an individual,

                          Plaintiff,

v.

TEESPRING, INC.

                          Defendant.

-------------------------------------------

Civil Case No.: 15-CV-03885
Judge Richard J. Sullivan

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that each and every claim asserted in the above-entitled action be, and the same is hereby is dismissed against Defendant Teespring, Inc., with prejudice, and without costs to either side, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

Dated: September 9, 2015

**Robert G. Lopez** - Pro Se

_____
Robert G. Lopez
230 Clinton Street
Apt. 11C
New York, NY 10002
917 868 1698
PRO SE

Dated: September 9, 2015

**TEESPRING, INC.**

/s/ Robert D. Carroll
_____
Robert D. Carroll
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523-1231
RCarroll@goodwinprocter.com

ACTIVE/83624483.1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent by first class mail postage prepaid to Robert G. Lopez, 230 Clinton Street, Apt. 11C, New York, NY 10002 on September 9, 2015.

                                              /s/ Robert D. Carroll